1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:16-MC-0143-RSL |
| Plaintiff, | (2:02-CR-0004-1) |
| vs. | **Order Terminating Garnishment Proceeding** |
| YCEDRA GUY, | |
| Defendant/Judgment Debtor, | |
| and | |
| CENVEO CORPORATION, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(C).

IT IS ORDERED that the garnishment is terminated and that Cenveo Corporation is relieved of further responsibility pursuant to this garnishment.

//

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Ycedra Guy and Cenveo Corporation,* **USDC#: 2:16-MC-0122-RSL/2:02-CR-0004-1) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1    Dated this 9th day of June, 2017.

2

3                              *MW S Lasnik*
                            JUDGE ROBERT S. LASNIK
4                           UNITED STATES DISTRICT COURT JUDGE

5

6    Presented by:

7    s/ Kyle A. Forsyth
     KYLE A. FORSYTH, WSBA # 34609
8    Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER TERMINATING GARNISHMENT PROCEEDING**                    \underline{\text{}}
(*USA v. Ycedra Guy and Cenveo Corporation,* **USDC#: 2:16-MC-0122-RSL/2:02-**
**CR-0004-1) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970